# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 30, 2022

Lyle W. Cayce
Clerk

No. 22-30115
Summary Calendar

Phyllis J. Leone,

*Plaintiff—Appellant*,

*versus*

School Board of Caddo Parish; Erin Redden,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:19-CV-309

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

The judgment of the district court is AFFIRMED. We find no reversible error of law or fact and affirm essentially for the reasons stated in the thorough district court opinion.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.